**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6645**

JOSEPH E. DAVIS,

Plaintiff - Appellant,

versus

KENNETH OSBORE, Warden, Marion Correctional
Treatment Center; CENTRAL CLASSIFICATION
BOARD, Inmates - Records; COURT AND LEGAL,
Inmate Files,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:06-cv-00192-CMH)

Submitted:  May 31, 2006              Decided:  July 5, 2006

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph E. Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph E. Davis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Davis v. Osbore</u>, No. 1:06-cv-00192-CMH (E.D. Va. March 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>